UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Stacy Popfinger

_____ Debtor ___/

Case No. 12-26434-RBR
Chapter

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, or 1019. I certify that:

[ ]   The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
   1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
   2. provided the court with a supplemental matrix diskette **containing only the added creditors** or electronically uploaded the added creditors in CM/ECF;
   3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [Local Rule 1009-1(D)(2)]; and
   4. filed an amended schedule(s) and summary of schedules.

[ ]   The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
   1. remitted the required fee;
   2. provided notice to affected parties and
   3. filed an amended schedule(s) and summary of schedules.

[ ]   The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
   1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [Local Rule 1009-1(D)(2)] and
   2. filed an amended schedule(s) or other paper.

[ ]   The paper filed **corrects** schedule D, E or F amount(s) or classification(s). **I have:**
   1. remitted the required fee;
   2. provided notice to affected parties and
   3. filed an amended schedule(s) and summary of schedules.

[X]   None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if required to be filed by the Bankruptcy Rules, the official form "Declaration Concerning Debtor's Schedules" has been signed by each debtor as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B) and, if filed electronically without imaged signatures, a local form "Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically" accompanied the filing of the document.

Dated: 9/11/12

_____
Attorney for Debtor (or Debtor, if pro se)

Stacy Popfinger
Print Name

_____
Florida Bar Number

_____
Joint Debtor (if applicable)

_____
Address

954-400-9650
Phone Number

LF-4 (rev. 12/01/09)

9/10/12 4:49PM

B6C (Official Form 6C) (4/10)

In re  **Stacy Beth Popfinger**                              Case No. __12-26434-rbr__
                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                            *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> Single Family Home <br> Location: 2725 SE 2nd Court, Pompano Beach FL 33062 | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 | 0.00 | 263,000.00 |
| **Household Goods and Furnishings** <br> Assorted household goods and furnishings <br> Location: 2725 SE 2nd Court, Pompano Beach FL 33062 | Fla. Const. art. X, § 4(a)(2) | 200.00 | 200.00 |
| **Wearing Apparel** <br> Assorted wearing apparel <br> Location: 2725 SE 2nd Court, Pompano Beach FL 33062 | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> Merrill Lynch | Fla. Stat. Ann. § 222.21(2) | 80,000.00 | 80,000.00 |
| **Alimony, Maintenance, Support, and Property Settlements** <br> Child Support - 950 a month... | Fla. Stat. Ann. § 222.201;  11 U.S.C. § 522(d)(10)(D) | 950.00 | 950.00 |
|  | Total: | 81,250.00 | 344,250.00 |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

## United States Bankruptcy Court
### Southern District of Florida

In re   Stacy Beth Popfinger  
                                                Debtor(s)

Case No.   12-26434-rbr  
Chapter   7

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __2__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  September 10, 2012          Signature   /s/ Stacy Beth Popfinger  
                                              Stacy Beth Popfinger  
                                              Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

9/10/12 4:49PM

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Stacy Beth Popfinger**                                                    Case No.   **12-26434-rbr**
                                         Debtor(s)                                  Chapter    **7**

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>CitiBank FSB | **Describe Property Securing Debt:**<br>Single Family Home<br>Location: 2725 SE 2nd Court, Pompano Beach FL 33062 |
| Property will be (check one):<br>☐ Surrendered     ■ Retained | |
| If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>■ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). | |
| Property is (check one):<br>■ Claimed as Exempt | ☐ Not claimed as exempt |

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Florida Shores Bank | **Describe Property Securing Debt:**<br>2010 Dodge Journey |
| Property will be (check one):<br>☐ Surrendered     ■ Retained | |
| If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>■ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). | |
| Property is (check one):<br>☐ Claimed as Exempt | ■ Not claimed as exempt |

9/10/12 4:45PM

B8 (Form 8) (12/08)                                                                                                      Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>GMAC Mortgage | **Describe Property Securing Debt:**<br>Single Family Home<br>Location: 2725 SE 2nd Court, Pompano Beach FL 33062 |

Property will be (check one):
- ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt            ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Home Mortgage | **Describe Property Securing Debt:**<br>Duplex<br>431 SE 3rd Ave Pompano Beach, FL 33060 |

Property will be (check one):
- ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt            ■ Not claimed as exempt

PART B - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  **September 10, 2012**            Signature  **/s/ Stacy Beth Popfinger**
                                                    Stacy Beth Popfinger
                                                    Debtor