CGFD28 (9/19/08)



**ORDERED in the Southern District of Florida on December 19, 2012**

**Raymond B Ray**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 12–26434–RBR

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Stacy Beth Popfinger
2725 SE 2nd Ct
Pompano Beach, FL 33062

SSN: xxx–xx–2479

## FINAL DECREE

The trustee, Scott N Brown, having filed a final report that the estate has been fully administered, is discharged and the case is closed.